ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 18 2022

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | UNDER SEAL |
|---|---|
| v. | Criminal Indictment |
| CHAD CHRISTOPHER STARK | No. 1:22-CR018 |

THE GRAND JURY CHARGES THAT:

### Introduction

1. At all times material to this indictment, unless otherwise set forth, with all dates and times alleged to be "on or about":

2. The defendant, **CHAD CHRISTOPHER STARK**, lived in or around Leander, Texas.

3. Craigslist is an internet website featuring classified advertisements posted by users to buy, sell, and find items and services, and to post commentary, among other uses.

4. On or about January 5, 2021, STARK posted a message to Craigslist entitled "Georgia Patriots it's time to kill [Official A] the Chinese agent - $10,000." The message stated the following:

Georgia Patriots it's time for us to take back our state from these Lawless treasonous traitors. It's time to invoke our Second Amendment right it's time to put a bullet in the treasonous Chinese [Official A]. Then we work our way down to [Official B] the local and federal corrupt judges. It's our duty as American Patriots to put an end to the lives of these traitors and take back our country by force we can no longer wait on the corrupt law enforcement in the corrupt courts. If we want our country back we have to exterminate these people.

One good loyal Patriot deer hunter in camo and a rifle can send a very clear message to these corrupt governors.. militia up Georgia it's time to spill blood. . . . we need to pay a visit to [Official C] and her family as well and put a bullet her behind the ears.

Let's be very clear to our local law enforcement who have stood down and watch BLM antifa destroy our country and kill our citizens yet you'll step up to stop Patriot supporters you'll enforce face mask and you'll close American businesses??? Remember one thing local law enforcement the key word being local. . . . we will find you oathbreakers and we're going to pay your family to visit your mom your dad your brothers and sisters your children your wife. . . we're going to make examples of traitors to our country. . . death to you and your communist friends.

## COUNT ONE

**Interstate Threats**
(Title 18, United States Code, Section 875(c))

On or about January 5, 2021, in the Northern District of Georgia, the defendant,

**CHAD CHRISTOPHER STARK,**

with intent to communicate a threat to injure another person and with knowledge that the communication would be viewed as a threat to injure another person, knowingly transmitted a communication in interstate and foreign commerce by posting a message on Craigslist, an internet website,

2

containing a threat to injure and kill government officials, including Official A, Official B, and Official C, and others.

All in violation of Title 18, United States Code, Section 875(c).

A ___TRUE___ BILL

___[redacted]___
FOREPERSON

KURT R. ERSKINE
  Acting United States Attorney

*/s/ Brent A. Gray*

BRENT ALAN GRAY
  Assistant United States Attorney
Georgia Bar No. 155089


COREY R. AMUNDSON
  Chief, Public Integrity Section


SEAN F. MULRYNE
  Trial Attorney, Public Integrity Section
New Jersey Bar No. 027052008

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000