IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CHAD CHRISTOPHER STARK

Criminal Action No.

1:22-CR-018-JPB

**Government's Motion for Leave to File Dismissal**

Pursuant to the terms of the executed guilty plea agreement in Defendant Stark's companion case, 1-23-CR-271-JPB (Doc. 4-1), the government hereby moves to dismiss the pending one-count indictment filed in the instant case on January 18, 2022, charging a violation of 18 U.S.C. Section 875(c).

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

By: Brent Alan Gray
*Assistant United States Attorneys*
Georgia Bar No. 155089
Brent.Gray@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

**Order**

Now, to-wit, on the 29th day of November, 2023, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the government's motion herein above.

J. P. BOULEE
United States District Judge